**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Manuel Cordova   JOINT DEBTOR: Maribel Escalona         CASE NO.:_____
Last Four Digits of SS# 6551         Last Four Digits of SS# 7673

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 837.70         for months 1 to 60    ; in order to pay the following creditors:

Administrative:         Attorney's Fee - $ 3650  TOTAL PAID $ 1800 Balance Due $ 1850
                        payable $ 185.00/month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing LLC        Arrearage on Petition Date  $ 8544.00
Address: 12650 Ingenuity Drive     Arrears Payment    $ 142.40/month (Months 1 to 60)
Orlando, FL 32826                  Regular Payment    $ 356.00/month (Months 1 to 60)
Account No: xxxx8115

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                   Total Due $_____
                          Payable    $_____/month (Months ____to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 70.73/month (Months 1 to 10) and Pay $ 255.73/month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ocwen Loan Servicing LLC, Account No: xxx6964 and will continue to pay said creditor directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

       /s/Robert Sanchez, Esq.                           /s/Robert Sanchez, Esq.
Debtor                                          Joint Debtor
Date: 9-16-2015                                 Date: 9-16-2015


LF-31 (rev. 01/08/10)