RE: MANUEL Cordova
     Maribel Escalona          ☐ **PRO SE**     Case # 15-26608 LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

| | |
|---|---|
| X Tax returns: 2012 [2013 2014] Corp 2012 [2013 2014] | ✓ ☒ Photo ID(s) ☒ LF 90 ☒ LF67 ☐ LF10 |
| ✗ Bank Account Statements ☒ 3 months pre-petition | ___ Domestic Support Info: name and phone |
| _____ | ✗ Affidavits of ✗ support ____ rent |
| _____ | ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy |
| _____ | X Other provisions ☒ IVL ☐ 100% ☐ lawsuit ☐ lease |
| __ Check copy _____ | ☐ gambling ☐ HAMP ☐ LMM/MMM |
| _____ | ___ Plan does not fund |
| __ Explain W/D _____ | ___ Calculation errors/improper months |
| __ FMV(NADA/Carmax), Reg and Payoff:Vehicles____ | ___ Valuation motion ☐ not filed ☐ not resolved |
| _____ | ___ LMM/MMM motion ☐ not filed |
| __ FMV and Payoff: Real Estate_____ | ___ Reaffirm, redeem or surrender Sch D & G creditor |
| _____ | ___ Creditor on plan not listed in Schedules or no filed POC |
| __ Non homestead Information Sheet | ___ Priority debt on Sch E not in plan |
| __ Wage deduction order or motion to waive | ___Object or Conform to Proof of Claim |
| **BUSINESS DEBTOR DOCUMENTS** | ___Miami-Dade County ___Tax Certificate(DE#___) |
| ✗ BDQ & attachments ☒ Profit & Loss ☒ Balance Sheet | ___Dept of Revenue ___ IRS |
| ✗ Bank statements and checks ☒ 3 months _____ | _____ |
| _____ | |
| _____ | ☐ Notice of Filing HAMP ☐ Other_____ |

Reviewed documents received prior to _____ **9/28/15** _____
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

> **NOTICE:** Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting. In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

    I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
        Submitted by
        NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806,
        MIRAMAR, FL 33027
        (954) 443-4402

**\*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL\***