# CHAPTER 13 PLAN (Individual Adjustment of Debts)
## First Amended Plan

DEBTOR: Manuel Cordova    JOINT DEBTOR: Maribel Escalona    CASE NO.: 15-26608-LMI
Last Four Digits of SS# 6551    Last Four Digits of SS# 7673

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 846.91    for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650  TOTAL PAID $ 1800  Balance Due $ 1850
payable $ 185.00/month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing LLC    Arrearage on Petition Date $ 8544.00
Address: 12650 Ingenuity Drive    Arrears Payment $ 142.40/month (Months 1 to 60)
Orlando, FL 32826    Regular Payment $ 356.00/month (Months 1 to 60)
Account No: xxxx8115

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 485.10
P.O. BOX 7346    Payable $ 8.09 /month (Months 1 to 60 )
Philadelphia, PA 19101-7346

Unsecured Creditors: Pay $ 70.73/month (Months 1 to 10) and Pay $ 255.73/month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ocwen Loan Servicing LLC, Account No: xxx6964 and will continue to pay said creditor directly outside the plan.
The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq    /s/ Robert Sanchez, Esq
Debtor    Joint Debtor
Date: 10/22/2015    Date: 10/22/2015

LF-31 (rev. 01/08/10)