UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Manuel Cordova and Maribel Escalona          Case No: 15-26608-LMI
                                                       Chapter 13

_____Debtors_____/


**PARTIAL OBJECTION TO CLAIM ON SHORTENED NOTICE**
*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION
TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

Creditor, Internal Revenue Service (hereinafter referred to as "Creditor") filed an unsecured priority claim proof of claim (claim number 1) in the amount of $685.10 for the tax years 2013 and 2014. Both Debtors filed income taxes for the year 2013 and received a refund of $487.00. This objection is limited to the claim for the 2013 tax returns of $200.00 and not the claim for 2014 tax return of $485.10. Debtors requests the claim on both debtors for the 2013 tax year be amended to reflect the proper liability, if any. In the alternative, the debtors request the 2013 tax year claim be stricken.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

**Dated:** October 22, 2015          /s/ *Robert Sanchez, Esq.*
                                     Fl Bar No. 044261
                                     Robert Sanchez, P.A.
                                     355 West 49th Street
                                     Hialeah, FL 33012
                                     Telephone: (305) 687-8008
                                     E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)