RE: _MANUEL CORDOVA_
_Maribel Escalona_____     ☐ **PRO SE**     Case # _15-26608 LMI_

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

__ Tax returns: 201_ _____
X Bank Account Statements ☒ 3 months pre-petition
_#6181/6392    6/16 - 9/16/15_
_____
_____
__ Check copy _____
_____
__ Explain W/D _____
__ FMV(NADA/Carmax), Reg and Payoff: Vehicles
_____
__ FMV and Payoff: Real Estate_____
_____
__ Non homestead Information Sheet
__ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
__ BDQ & attachments,__ Profit & Loss ☒ Balance Sheet
X Bank statements and checks ☒ 3 months
_#0010  7/1 - 9/16/15   #6520  6/16 - 9/16/15_
_All check over $999.99_

X ☒ Photo ID(s)    LF 90  ☒ LF67  ☐ LF10
__ Domestic Support Info: name address and phone
__ Affidavits of ____ support ____ rent
__ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
X Other provisions ☒ IVL ☐ 100% ☐ lawsuit ☐ lease
        ☐ gambling ☐ HAMP ☐ LMM/MMM
__ Plan does not fund
__ Calculation errors/improper months _____
__ Valuation motion  ☐ not filed  ☐ not resolved
__ LMM/MMM motion  ☐ not filed
__ Reaffirm, redeem or surrender Sch D & G creditor
__ Creditor on plan not listed in Schedules or no filed POC
__ Priority debt on Sch E not in plan
X Object or Conform to Proof of Claim
___ Miami-Dade County ____ Tax Certificate(DE#___)
___ Dept of Revenue    #1 IRS
_____
_____
_____
_____
☐ Notice of Filing HAMP ☐ Other_____

___ Fee application (see court guideline 6)
___ Income understated ____ stubs ____ taxes
     co-debtor ____ stubs ____ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address)
     and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof
_____
___ D/I > 100%  < 90%  Feasibility
___ Info on transfer SOFA #3 #10 undisclosed
        ___Tolling Agreement(s)

Other:__ _____

_✓_ **Objection to Exemption** (specifics to be filed)
     To be heard with confirmation at 1:30 pm
___ Ch 7 s/b_____ plus tax refund / valuations
___ Good faith to unsecured
_✓_ Expenses: documentation/calculation: CMI line
_Income calculation + proof_
_____
_____
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $____
___ Undervalued collateral should be crammed down
_____
_____
_____
_no documents provided_

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

_**IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.**_ *\*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on __11-12-15__ to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027