

ORDERED in the Southern District of Florida on December 8, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Manuel Cordova and Maribel Escalona        Case No: 15-26608-LMI
                                                    Chapter 13

_____Debtors_____/

### ORDER SUSTAINING PARTIAL OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE (#1)

**THIS MATTER** having come to be heard on this 1st day of December, 2015 upon Debtors' Partial Objection to Claim of Internal Revenue Service (Claim #1) and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. The Partial Objection to Claim of Internal Revenue Service (Claim #1) is SUSTAINED.

2. The 2013 portion of the claim for both debtors shall be amended to reflect the proper liability, or the 2013 portion of the claim shall be stricken and disallowed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.